The order below is hereby signed.

Signed: March 7 2019



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: | |
| THOMAS K. STEPHENSON | Case No. 19-00043-SMT |
| | Chapter 13 |
| Debtor(s) | |

### ORDER WITH NOTICE DISMISSING CHAPTER 13 CASE ON MOTION OF CHAPTER 13 TRUSTEE FOR FAILURE TO QUALIFY FOR RELIEF UNDER CHAPTER 13

Upon consideration of the Motion to Dismiss filed by the Chapter 13 Trustee, and it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. § 109(e) for failure to qualify for relief under Chapter 13, it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the above-referenced Chapter 13 case is dismissed; and

ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C. § 362(a), is terminated.

cc:

Thomas K. Stephenson
711 49th Street, NE
Apt #1A
Washington, DC 20019

*Debtor*

Charles M. Maynard, Esq.
401 E Jefferson St., Ste 208
Rockville, MD 20850
*Attorney for Debtor*

Nancy L. Spencer Grigsby
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
*Trustee*